ISJF
#3
NO FEE/IFP

Reg. #: 72554-019
Number/Alien Registration Number

FCI Loretto
Place of Confinement

P.O. Box 1000
Mailing Address

Cresson, PA 16630
City, State, Zip Code

RECEIVED
AUG 2 2 2022
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT WESTERN DISTRICT OF PENNSYLVANIA

Akintunde Adeyemi
(Full Name of Petitioner)

Petitioner,

vs.

M. Underwood, Warden
(Name of Warden, Jailor or authorized person having custody of Petitioner)

Respondent.

) Case No. 3:22-cv-134
) (To be supplied by Clerk)
)
) Petitioner Under 28 U.S.C. § 2241
) For a Writ Of Habeas Corpus
) By a Person In Federal Custody

EMERGENCY MOTION UNDER 28 USC §2241 FOR A WRIT OF HABEAS CORPUS

PETITION

1. What are you challenging in this petition?
   ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   ☐ Immigration detention
   ☐ Probation, parole or supervised release
   ☒ Other (explain): I am challenging the Immediate Custodian's execution of sentence as unlawful executive restraint of my liberty without basis in USDC's sentence, duties of the Attorney General of the US as executor of USCD's sentence and denial of 14th & 15 Amendment due process.

2. (a) Name and location of the agency or court that made the decision you are challenging: Bureau of Prisons, FCI Loretto, 772 St. Joseph St., Loretto, PA 15940

   (b) Case or opinion number: n/a

   (c) Decision made by the agency or court: Immediate Custodian: Mr. Underwood, Warden, and directly through his staff, Case Manager Watt who have refused to allocate Earned Time Credits (ETCs) provided by Federal law and refuse to implement the First Step Act (FSA) and Second Chance Act (SCA), thus prejudicing me to serve more time incarcerated than I am legally required to.

1

(d) Date of the decision: __n/a__

3. Did you appeal the decision to a higher agency or court? Yes ☒ No ☐

   If yes, answer the following:

   (a) First appeal:

   (1) Name of the agency or court: __BOP— FCI Loretto__

   (2) Date you filed: __June 3, 2022—See Appendix A__

   (3) Opinion or case number: __Not applicable__

   (4) Result: __I am eligible for ETCs under the First Step Act.__

   (5) Date of result: __June 7, 2022__

   (6) Issues raised: __My offense code is 1:1349 under 18 USC §3632(d)(4)(D)—Ineligible prisoner: My offense code is not listed under 18 USC §3632(d)(4)(E)(i)—Ineligible if the prisoner is subject to a final order of removal. I do not have a final order of removal. I am eligible for FSA Earned Time Credits.__

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

   (b) Second appeal:

   (1) Name of the agency or court: __BOP—FCI Loretto__

   (2) Date you filed: __June 10, 2022—See Appendix B__

   (3) Opinion or case number: __1123516-F1__

   (4) Result: __I am ineligible to receive time credits—See Appendix C__

   (5) Date of result: __June 30, 2022—See Appendix C__

   (6) Issues raised: __My case number is 3:18-cr-00451-PGS-1. Please kindly apply the Earned Time Credits pursuant to the FSA because I have completed some programs and I have 17 months left on my sentence. I do not have a final order of removal; I only have an immigration detainer.__

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

   (c) Third appeal:

   (1) Name of the agency or court: __BOP—Regional Office__

(2) Date you filed: July 8, 2022—See Appendix D

(3) Opinion or case number: Remedy ID 1123516-RI

(4) Result: Asked for extension until September 13, 2022—See Appendix H.

(5) Date of result: n/a

(6) Issues raised: I am eligible for Earned Time Credits (ETCs) via the FSA. My ICE detainer is not a reason why my FSA ETCs cannot be applied since I don't have a final order of removal according to the law. I would like my ETCs to be properly applied so the BOP can release me to ICE.

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4. If you did not appeal the decision to a higher agency or court, explain why you did not: No; the Petitioner believes any further administrative remedy process is an exercise in futility.

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?
    Yes ☐
    No ☒

If yes, answer the following:

(a) Name of the agency or court: n/a

(b) Date you filed: n/a

(c) Opinion or case number: n/a

(d) Result: n/a

(e) Date of result: n/a

(f) Issues raised: n/a

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the facts supporting each ground.

3

**CAUTION:** <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

**GROUND ONE:** Under the First Step Act of 2018, I am entitled to ETCs and those credits must be applied to me every 30 days beginning January 19, 2022 as required by law. (See Appendix F). By failing to do so, the BOP/FCI Loretto is keeping me beyond my release date of May 9, 2022. The Petitioner does not have a "final order of removal" and is therefore eligible for ETCs. (See Appendix   ).

   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): See attached Affidavit.

   (b) Did you exhaust all available administrative remedies relating to Ground One? Yes ☐ No ☒

   (c) If yes, did you present the issue to:
      ☐ The Office of General Counsel
      ☐ The Board of Immigration Appeals
      ☐ The Parole Commission
      ☐ Other: _____

   (d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

4

<u>Third Circuit case precedent says you don't have to exhaust the remedies due to statutory construction.</u>

**GROUND TWO:** n/a

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
n/a

(b) Did you exhaust all available administrative remedies relating to Ground Two?  Yes ☐  No ☐  n/a ☒

(c) If yes, did you present the issue to:
n/a

5

☐ The Office of General Counsel
☐ The Board of Immigration Appeals
☐ The Parole Commission
☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Two, explain why:
n/a

**GROUND THREE:** n/a

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
n/a


(b) Did you exhaust all available administrative remedies relating to Ground Three? Yes ☐ No ☐
                                                                                                                            ☒ n/a

(c) If yes, did you present the issue to: ☒ n/a
      ☐ The Office of General Counsel
      ☐ The Board of Immigration Appeals
      ☐ The Parole Commission
      ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Three, explain why: n/a

GROUND FOUR: n/a

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.): n/a

(b) Did you exhaust all available administrative remedies relating to Ground Four? Yes ☐ No ☐
    ☒ n/a

(c) If yes, did you present the issue to:   ☒ n/a
    ☐ The Office of General Counsel
    ☐ The Board of Immigration Appeals
    ☐ The Parole Commission
    ☐ Other: _____

(d) If you did not exhaust all available administrative remedies relating to Ground Four, explain why: n/a

**Please answer these additional questions about this petition:**

7. Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☐ No ☒ (Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

    If yes, answer the following:   n/a

    (a) Have you filed a motion under 28 U.S.C. § 2255? Yes ☐ No ☐

        If yes, answer the following:

        (1) Name of court: n/a

        (2) Case number: n/a

        (3) Opinion or case number: n/a

        (4) Result: n/a

        (5) Date of result: n/a

(6) Issues raised: n/a

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Explain why the remedy under § 2255 is inadequate or ineffective: n/a

8. If this case concerns immigration removal proceedings, answer the following:

   (a) Date you were taken into immigration custody: n/a

   (b) Date of removal or reinstatement order: n/a

   (c) Did you file an appeal with the Board of Immigration Appeals? Yes ☐ No ☐ n/a ☒

   (1) Date you filed: n/a

   (2) Case number: n/a

   (3) Result: n/a

   (4) Date of result: n/a

   (5) Issues raised: n/a

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

   (d) Did you file an appeal with the federal court of appeals? Yes ☐ No ☒

   (1) Name of the court: n/a

   (2) Date you filed: n/a

   (3) Case number: n/a

   (4) Result: n/a

(5) Date of result: n/a

(6) Issues raised: n/a

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.

9. Petitioner asks that the Court grant the following relief: The Petitioner prays this Honorable Court GRANT this request and order the BOP to immediately apply my ETCs, releasing me immediately from the incarceration portion of the USDC's judgment sentence to HC/RRC.

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on August ___, 2022 _____(month, day, year).

_____
**Signature of Petitioner**
Akitunde Adeyemi, Pro Se

_____          August 15, 2022
Signature of attorney, if any          Date